UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:22-CR-00015-BO-1

UNITED STATES OF AMERICA    )
    )
    )
v.    )    ORDER
    )
    )
JOHNIE WAYNE CULPEPPER    )

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal Docket

Entry 66 and its exhibits, which is Defendant's Memorandum in Support of his Motion for

Compassionate Release. For good cause shown, Defendant's motion is GRANTED.

The Clerk of Court is DIRECTED to seal Docket Entry 66.


This ___**24**___ day of April, 2026.


_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE